**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**3M INNOVATIVE PROPERTIES COMPANY** and **3M COMPANY**,

Plaintiffs,

vs.

**LOUIS M. GERSON CO., INC.** and **GERSON PROFESSIONAL PRODUCTS, INC.**,

Defendants.

Civil No. ________________

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs 3M Innovative Properties Company ("3M IPC") and 3M Company ("3M"), for their Complaint against Defendants Louis M. Gerson Co., Inc. and Gerson Professional Products, Inc., allege as follows:

## PARTIES

1. Plaintiff 3M IPC is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 3M Center, St. Paul, MN 55133.

2. Plaintiff 3M is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 3M Center, St. Paul, MN 55133.

3. Defendant Louis M. Gerson Co., Inc. is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 15 Sproat Street, Middleboro, MA 02346.

4. Defendant Gerson Professional Products, Inc. is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 15 Sproat Street, Middleboro, MA 02346.

## JURISDICTION AND VENUE

5. The claims alleged herein arise under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq*.

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has personal jurisdiction over defendants under Minn. Stat. § 543.19. Defendants transact business in Minnesota and have otherwise committed acts in and beyond Minnesota causing injury to Plaintiffs in Minnesota.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

## PATENT-IN-SUIT

9. On May 20, 2008, United States Patent No. 7,374,111 ("the '111 patent"), entitled "Apparatus for Spraying Liquids, Disposable Containers and Liners Suitable for Use Therewith," was duly and legally issued by the United States Patent and Trademark Office. 3M IPC is the owner by assignment of all right, title and interest in the '111

patent. 3M is the exclusive licensee of the '111 patent. A true and correct copy of the '111 patent is attached as Exhibit A to this Complaint.

## CLAIM FOR RELIEF FOR PATENT INFRINGEMENT

10. Plaintiffs reallege and incorporate by reference paragraphs 1 through 9 as if fully stated herein.

11. Defendants, on information and belief, are infringing the '111 patent in violation of 35 U.S.C. § 271(a), (b), and/or (c) by using the "Gerson Paint System," by actively inducing others to use the "Gerson Paint System," and/or by contributing to the use of the "Gerson Paint System." On information and belief, Defendants are also private labeling this product and selling it to other companies. The "Gerson Paint System" is displayed at gersonpro.com as shown below:




12. As a result of Defendants' infringing activities, Plaintiffs will be damaged and will be irreparably injured unless and until such infringing activities are enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request this Court:

A. To enter judgment that Defendants have infringed the '111 patent in violation of 35 U.S.C. § 271(a), (b), and/or (c);

B. To enter orders preliminarily and permanently enjoining Defendants, and their respective officers, agents, servants, and employees, and attorneys, and all persons in active concert or participation with any of the foregoing, who receive actual notice by personal service or otherwise of the orders, from infringing the '111 patent in violation of 35 U.S.C. § 271(a), (b), and/or (c);

C. To award Plaintiffs their respective damages in amounts sufficient to compensate them for Defendants' infringement of the '111 patent, together with pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

D. To declare this case to be "exceptional" under 35 U.S.C. § 285 and to award Plaintiffs their attorneys' fees, expenses, and costs incurred in this action; and

E. To award Plaintiffs such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request a trial by jury of any and all issues on which a trial by jury is available under applicable law.

Dated: August 19, 2008

David J.F. Gross (No. 208772)
James W. Poradek (No. 290488)
Jeya Paul (No. 386950)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

Kevin H. Rhodes (No. 0318115)
Peter L. Olson (No. 0221491)
**3M INNOVATIVE PROPERTIES COMPANY**
3M Center
P.O. Box 33427
Saint Paul, MN 55144
Telephone: (651) 736-4533
Fax: (651) 737-2948

***Attorneys for Plaintiffs 3M Innovative Properties Company and 3M Company***

fb.us.3089855.06