## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

3M Innovative Properties Company,
3M Company,

       Plaintiffs,                    Civil No. 08-4960 (RHK/JSM)

vs.                                  **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Louis M. Gerson Co., Inc.,
Gerson Professional Products, Inc.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 20, 2008

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge