# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY AND 3M COMPANY, | Civil No. 08-4960 (JRT/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| LOUIS M. GERSON CO., INC., AND GERSON PROFESSIONAL PRODUCTS, INC., | |
| Defendants. | |

_____

This matter is before the Court upon letters submitted by Counsel for both plaintiffs and defendants regarding the word count limit that applies to the Markman filings. It is the opinion of this Court that the 12,000 word limit does apply and therefore, **IT IS HEREBY ORDERED** that defendants withdraw the September 18, 2009 response and file a new brief for which the word limit will be 12,000 words as required by the rule. To exceed the limit, counsel must request permission of the Court in the manner provided for by the rule.

DATED: October 6, 2009
at Minneapolis, Minnesota.

                                                                                       _____ s/John R. Tunheim _____
                                                                                             JOHN R. TUNHEIM
                                                                       United States District Judge